IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAKE GALLOWAY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMORTGAGE FUNDING, LLC.,<br><br>　　Defendant. | CIVIL ACTION<br><br>NO. 25-6164-KSM |

## ORDER

**AND NOW**, this 30th day of October 2025, upon consideration of Plaintiff Jake Galloway's Motion for Admission *Pro Hac Vice* of Anthony Paronich, Esquire (Doc. No. 4), it is **ORDERED** that the motion is **GRANTED**, and Anthony Paronich, Esquire is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of Plaintiff.[1]

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　**KAREN SPENCER MARSTON, J.**

---

[1] To register for ECF in the Eastern District please go to the Court's website at https://www.paed.uscourts.gov/nextgen-cmef.