# UNITED STATES DISTRICT COURT
for the
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAKE GALLOWAY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL PERSONS AND ENTITIES SIMILARLY SITUATED**<br><br>*Plaintiff*<br><br>v.<br><br>**EMORTGAGE FUNDING, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-06164<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Ashley Lintez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EMORTGAGE FUNDING, LLC in Oakland County, MI on November 21, 2025 at 4:23 pm at 2800 Livernois Rd, Ste 500, Troy, MI 48083-1219 by leaving the following documents with Shantelle D (refused last name) who as Receptionist is authorized by appointment or by law to receive service of process for EMORTGAGE FUNDING, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Additional Description:
I was able to serve the receptionist who also stated that she was the authorized party to accept on behalf of the business.
White Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.5599938,-83.1455285
Photograph: See Exhibit 1
Total Cost: $369.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Macomb County  ,   MI   on   11/26/2025  .

/s/ *Ashley Lintez*
Signature
Ashley Lintez
+1 (248) 929-4117





