IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAKE GALLOWAY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>EMORTGAGE FUNDING, LLC<br><br>    Defendant. | Case No. 2:25-cv-06164-KSM |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY NAME**

  The plaintiff moves to substitute the party name "E MORTGAGE CAPITAL, INC." for the currently named "EMORTGAGE FUNDING, LLC" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct party.

  After service, counsel received written confirmation from Joseph Shalaby, Founder & CEO of E Mortgage Capital, Inc., that the entity sued and served—EMortgage Funding, LLC out of Michigan—is a different company from E Mortgage Capital, Inc., out of California, which is the entity that contacted the Plaintiff. *See* Exhibit 1. Plaintiff seeks to correct the party

identification promptly after receiving this clarification.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

>PLAINTIFF,
>By his attorneys
>
>*/s/ Anthony Paronich*
>Anthony Paronich (*pro hac vice*)
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>(508) 221-1510
>anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Anthony Paronich*