| | |
|---|---|
| **From:** | Joseph Shalaby |
| **To:** | Anthony Paronich; Tony Soliman; Compliance; Customer Care |
| **Cc:** | Dana Oliver; Andrew Heidarpour |
| **Subject:** | Re: Activity in Case 2:25-cv-06164-KSM GALLOWAY v. EMORTGAGE FUNDING, LLC Summons Returned Executed |
| **Date:** | Tuesday, December 16, 2025 12:24:51 PM |
| **Attachments:** | Image.png |

This is E Mortgage Funding LLC out of Michigan, we are E Mortgage Capital Inc out of CA...completely different companies

Warmest regards,



Image

**Joseph Shalaby**
Founder & CEO

**E Mortgage Capital, Inc.**
**Phone:** (949) 954-6584

**Email:** Joe@EMortgageCapital.com

**Website:** https://www.EMortgageCapital.com
**Everything Else:** Link.me
**Address:** 3750 S. Susan St. Santa Ana, CA 92704



**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, December 16, 2025 8:38:34 AM
**To:** Tony Soliman <tsoliman@emortgagecapital.com>; Joseph Shalaby <Joe@emortgagecapital.com>; Compliance <compliance@emortgagecapital.com>; Customer Care <customercare@emortgagecapital.com>
**Cc:** Dana Oliver <doliver.heidarpourLawFirm@gmail.com>; Andrew Heidarpour <aheidarpour@hlfirm.com>
**Subject:** Fwd: Activity in Case 2:25-cv-06164-KSM GALLOWAY v. EMORTGAGE FUNDING, LLC Summons Returned Executed

Counsel:

I understand from the attached correspondence that you have previously communicated

regarding this matter. As such, I wanted to reach out to you prior to filing a motion for default as the Defendant's response in this matter is overdue.

Please advise of the company's intentions by December 18, 2025.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


---------- Forwarded message ---------
From: <ecf_paed@paed.uscourts.gov>
Date: Sun, Nov 30, 2025 at 11:10 PM
Subject: Activity in Case 2:25-cv-06164-KSM GALLOWAY v. EMORTGAGE FUNDING, LLC Summons Returned Executed
To: <paedmail@paed.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by PARONICH, ANTHONY on 11/30/2025 at 11:08 PM EST and filed on 11/30/2025

| | |
|---|---|
| **Case Name:** | GALLOWAY v. EMORTGAGE FUNDING, LLC |
| **Case Number:** | 2:25-cv-06164-KSM |
| **Filer:** | JAKE GALLOWAY |
| **Document Number:** | 6 |

**Docket Text:**
**SUMMONS Returned Executed by JAKE GALLOWAY re: Ashley Lintez served Summons and Complaint upon EMORTGAGE FUNDING, LLC by Personal. EMORTGAGE FUNDING, LLC served on 11/21/2025, answer due 12/12/2025. (PARONICH, ANTHONY)**


**2:25-cv-06164-KSM Notice has been electronically mailed to:**

ANTHONY PARONICH &nbsp &nbsp anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

JEREMY C. JACKSON &nbsp &nbsp jjackson@bower-law.com

**2:25-cv-06164-KSM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=11/30/2025] [FileNumber=20761436-0] [718ae73a89a173268195977238da459489f16ff3b8c33884217e4995aa2335bc67a3d1ea12c5b4850b1c96514d186ef8cc710f4422214c4fe7f348ac623ea140]]