**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAKE GALLOWAY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>EMORTGAGE FUNDING, LLC<br><br>　　　　Defendant. | Case No. 2:25-cv-06164-KSM |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

　　　　Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 19th, 2025

　　　　　　　　　　　　　　　　　　By: */s/ Jeremy C. Jackson*
　　　　　　　　　　　　　　　　　　　　Jeremy C. Jackson (PA Bar No. 321557)
　　　　　　　　　　　　　　　　　　　　BOWER LAW ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　　　　403 S. Allen St., Suite 210
　　　　　　　　　　　　　　　　　　　　State College, PA 16801
　　　　　　　　　　　　　　　　　　　　Tel.: 814-234-2626
　　　　　　　　　　　　　　　　　　　　jjackson@bower-law.com